**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CECILE J. DEBEAULIEU | : | |
| | : | |
| v. | : | C.A. No. 07-423A |
| | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration | :<br>:<br>: | |

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the defendant, Michael J. Astrue, against the plaintiff, Cecile J. Debeaulieu, pursuant to the Court's Memorandum and Order dated August 14, 2008, the Commissioner's Motion for Order Affirming the Decision of the Commissioner (Document No. 11) is GRANTED and Plaintiff's Motion to Reverse the Decision of the Commissioner (Document No. 10) is DENIED.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

August 14, 2008